IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL L. HUMPHREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-117 |
| | ) | |
| CHEATAM, P.A.; CAIN, P.A.; | ) | |
| MILLS, P.A.; MENDOZA, Dr.; | ) | |
| and, ALSTON, Dr., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 29.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Defendants' motion to stay discovery (doc. no. 21), **GRANTS** Defendants' motion to dismiss (doc. no. 20), and **DISMISSES**

Defendants Alston, Mendoza, and Cain from this case.

SO ORDERED this 1ST day of May, 2017, at Augusta, Georgia.

*[signature]*
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA