IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL L. HUMPHREY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 116-117 |
| CHEATAM, P.A.; CAIN, P.A.; MILLS, P.A.; MENDOZA, Dr.; and, ALSTON, Dr., | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** without prejudice Plaintiff's claims against Defendant Mills for failure to timely effect service, and **DISMISSES** Defendant Mills from this case.

SO ORDERED this 19th day of June, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA